**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **PO 25-5034-M-KLD** |
| **Plaintiff,** | **VIOLATION(s):** |
| vs. | **E1085806** |
| | **Location Code: MTMJ** |
| **AUSTIN J. THOMAS,** | **ORDER** |
| **Defendant.** | |

Based upon the unopposed motion of the United States and for good cause

appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED**, without

prejudice.

**IT IS FURTHER ORDERED** that any future hearing or issued warrants

are **VACATED**.

DATED this 27th day of April 2026.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge